
## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERT J. SAMPIA | CIVIL ACTION NO. 6:09-1988 |
| VS. | SECTION P |
| | JUDGE HAIK |
| MICHAEL NEUSTROM, ET AL. | MAGISTRATE JUDGE HILL |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights complaint is **DISMISSED WITH PREJUDICE** for failing to state a claim for which relief may be granted in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(ii).

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 6th day of May, 2011.

RICHARD T. HAIK
UNITED STATES DISTRICT JUDGE